## 25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES
## STATE OF LOUISIANA

NO. 66 760            DIVISION "A"

### RENATA SCORSONE

### VERSUS

### FITBIT, INC. and their unknown insurance company
### ABC INSURANCE COMPANY

FAX
FILED
MAY 19 2021
DEPUTY CLERK

FILED:_____
           DEPUTY CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PETITION FOR PERSONAL INJURIES AND DAMAGES

To the Honorable Twenty-Fifth Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, comes petitioner, Renata Scorsone, who for the purpose of petitioning this Honorable Court for personal injuries and damages, through her undersigned counsel, who with all due respect for the court represents the following:

I.

Petitioner to this cause of action is Renata Scorsone, a person of the full age of majority and a resident of the Parish of Plaquemines, State of Louisiana.

II.

The defendants to this cause of action are:

FITBIT, INC., a corporation authorized to do and doing business in the State of Louisiana on or about June 26, 2020; and

ABC INSURANCE COMPANY, an unknown insurance company authorized to do and doing business in the State of Louisiana on or about June 26, 2020;

and for the following reasons are indebted individually, severally, jointly and in solido unto petitioner, Renata Scorsone.

III.

On or about June 26, 2020, petitioner, Renata Scorsone, was wearing her Fitbit Versa, which item was manufactured by defendant, Fitbit, Inc., on her left wrist while at her residence located in the Parish of Plaquemines, State of Louisiana. Suddenly and without warning, said Fitbit Versa began making a buzzing noise, and petitioner felt a poking sensation on her skin underneath the device, and then she began smelling her own burning skin/hair. Petitioner worked to quickly to remove the device from her wrist, but



EXHIBIT
1

not before the malfunctioned Fitbit had severely burned petitioner's arm/wrist. As a result, petitioner sustained serious personal injuries and damages.

IV.

It is believed that ABC Insurance Company issued a policy of liability insurance covering Fitbit, Inc., therefore said insurance company is a proper party defendant to this cause of action.

V.

The defendant Fitbit, Inc. is liable to petitioner for damages proximately caused by a characteristic or characteristics of the Fitbit that rendered the Fitbit unreasonably dangerous when the Fitbit was worn on petitioner's wrist as the Fitbit was designed to do. The Fitbit was unreasonably defective in one or more of the following particulars:

    a. The Fitbit was unreasonably dangerous in its design;

    b. The Fitbit was unreasonably dangerous because it had no warning that it could burn, catch on fire or explode while being worn on the user's wrist;

    c. The Fitbit was unreasonably dangerous in its construction or composition;

    d. Such other acts and omissions as will be shown at the trial of this matter, all of which were in contravention of the exercise of due care, prudence and the laws of the Parish of Plaquemines, State of Louisiana.

VI.

As a result of this accident, petitioner has sustained second degree burns to her wrist/arm including extensive wound care/medical treatment, nerve damage/numbness and permanent scarring/disfigurement. Also, general damages, the full extent of which are unknown at this time.

VII.

Petitioner has suffered and/or will suffer:

    a) Past, present and future medical and medication expenses;

    b) Past, present and future lost wages and opportunity costs; and

    c) Past, present and future pain and suffering, and emotional distress.

VIII.

Petitioner named herein is entitled to recover from the defendants named herein jointly, severally and in solido, any and all damages commensurating with the claims asserted herein.

IX.

Petitioners aver amicable demand but to no avail.

X.

Petitioner respectfully requests a written notice to (his/her) counsel ten days in advance of the date fixed for trial or hearing on any exception, motion, rule, or trial on the merits in this proceeding pursuant to Louisiana Code of Civil Procedure Article 1572 and petitioner further requests pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914 immediate notice to (his/her) counsel of all interlocutory and final orders and judgments on any exceptions, motions, rules or trial on the merits in these proceedings.

WHEREFORE, petitioner, Renata Scorsone, prays that defendants be cited and that the citation and a certified copy of this petition be served on defendants, and that, after due proceedings had herein, that there be judgment in her favor and against the defendant, Fitbit, Inc. and their unknown insurance company ABC Insurance Company, individually, severally, jointly and in solido together with legal interest from the date of judicial demand until paid in full, for all costs of these proceedings and for any and all other general and equitable relief as deemed necessary and proper by this Honorable Court.

Respectfully submitted,

BY: _____
TOMY J. ACOSTA (#29737)
DEAN T. DEFRANCESCH (#36779)
Physical address:
2810 W. Airline Highway
Laplace, Louisiana 70068
Mailing address:
Post Office Box 1566
Laplace, Louisiana 70069
Telephone: (985) 536-9700
Facsimile: (985) 536-9703

Attorneys for petitioner

**PLEASE SERVE:**

FITBIT, INC.
under the Louisiana Long Arm Statute,
through their agent for service of process,
C T Corporation System (C0168406)
818 West Seventh Street, Suite 930
Los Angeles, California 90017

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**FILED MAY 19 2021**
**DEPUTY CLERK**

**Suit Caption:**

RENATA SCORSONE vs. FITBIT, INC., ET AL

**Court:** 25th Judicial District Court      **Docket Number:** 66760 4

**Parish of Filing:** Plaquemines      **Filing Date:** May 19, 2021

**Name of Lead Petitioner's Attorney:** Tomy J. Acosta/Dean T. DeFrancesch

**Name of Self-Represented Litigant:** N/A

**Number of named petitioners:** _____      **Number of named defendants:** _____

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [ ] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [x] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence
- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
General and special damages

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Tomy J. Acosta/Dean T. DeFrancesch Signature _____

Address 2810 W. Airline Highway, Laplace, Louisiana 70068

Phone number: 985-536-9700      E-mail address: lawoffice70068@gmail.com

# DEFRANCESCH
## ACOSTA
### ATTORNEYS AT LAW

66760A

2810 W. Airline Highway
LaPlace, LA 70068
E-mail: lawoffice70068@gmail.com

P.O. Box 1566
LaPlace, LA 70069
(985) 536-9700 (985) 536-9703 Fax

# FAX COVER SHEET

Date: May 19, 2021

To: Clerk of Court

Company: 25th JDC, Parish of Plaquemines

Fax Number: 504-934-6629

Re: Renata Scorsone v. Fitbit, Inc., et al
**NEW SUIT FILING**

Memo: Please file the attached documents. Originals and any filing/services costs will be forwarded immediately via U.S. Mail. Thank you.

Number of pages (including this page): 5

IF YOU HAVE ANY QUESTIONS ABOUT THIS FAX OR RECEIVE IT IN ERROR, PLEASE CONTACT THIS OFFICE AT (985) 536-9700.

# FACSIMILE RECEIPT CERTIFICATE

SCORSONE, RENATA

Versus

FITBIT INC ET AL



Case: 00066760
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

TO: TOMY J ACOSTA
TOMY J ACOSTA ATTORNEY AT LAW
P O BOX 1566
LAPLACE, LA 70069

VIA FAX: 985-536-9703

THIS IS TO CERTIFY that a PETITION FOR DAMAGES was transmitted by facsimile from your office to the Plaquemines Parish Clerk of Courts fax line 504-934-6629 and 5 total pages were received and marked filed on May 19, 2021 in the above captioned matter.
Thus done and signed at Belle Chasse, Plaquemines Parish, Louisiana, on Wednesday, May 19, 2021.

*Lane Hochstin*
Deputy Clerk of Court for
Kim Turlich-Vaughan, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

Louisiana R.S. 13:850.Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. **Within seven days**, exclusive of legal holidays, after the clerk of court has received the transmission, the party filing the document shall forward the following to the clerk:

(1) The original signed document.

(2) The applicable filing fee, if any.

(3) A transmission fee of five dollars.

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

## REMIT $300.00 FOR FILING FEES

FOOTERAREA

```
                                                    TX Result Report                        P    1
                                                                                   05/19/2021 04:21
                                                                             Serial No.  AA6R011004531
                                                                                       TC:   205261
```

| Addressee    | Start Time  | Time     | Prints  | Result | Note |
|--------------|-------------|----------|---------|--------|------|
| 919855369703 | 05-19 04:21 | 00:00:23 | 001/001 | OK     |      |

Note: TMR:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX, DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC, FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original, FCODE:F-Code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax, IPADR:IP Address Fax, I-FAX:Internet Fax

Result: OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF, TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer, Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length over, POVR:Receiving page over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error, DSN:DSN Response Error, PRINT:Compulsory Memory Document Print, DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

## FACSIMILE RECEIPT CERTIFICATE

SCORSONE, RENATA

Versus

FITBIT INC ET AL



Case: 00066760
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

TO: TOMY J ACOSTA
TOMY J ACOSTA ATTORNEY AT LAW
P O BOX 1566
LAPLACE, LA 70069

VIA FAX: 985-536-9703

THIS IS TO CERTIFY that a PETITION FOR DAMAGES was transmitted by facsimile from your office to the Plaquemines Parish Clerk of Courts fax line 504-934-6629 and 5 total pages were received and marked filed on May 19, 2021 in the above captioned matter.

Thus done and signed at Belle Chasse, Plaquemines Parish, Louisiana, on Wednesday, May 19, 2021.

*Dane Hochster*
Deputy Clerk of Court for
Kim Turlich-Vaughan, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

Louisiana R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within seven days, exclusive of legal holidays, after the clerk of court has received the transmission, the party filing the document shall forward the following to the clerk:

(1) The original signed document.

(2) The applicable filing fee, if any.

(3) A transmission fee of five dollars.

C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

REMIT $300.00 FOR FILING FEES

[ FILED COPY ]

# DEFRANCESCH
# ACOSTA
# ATTORNEYS AT LAW

2810 W. Airline Highway
LaPlace, LA 70068
E-mail: lawoffice70068@gmail.com

P.O. Box 1566
LaPlace, LA 70069
(985) 536-9700 (985) 536-9703 Fax

May 20, 2021.

Clerk of Court
25th Judicial District Court
Parish of Plaquemines
Post Office Box 40
Belle Chasse, LA 70037

FILED
MAY 25 2021
DEPUTY CLERK

**RE:** *Renata Scorsone v. Fitbit, Inc., et al*
*25th JDC # 00066760, Division "A"*
**NEW SUIT FILING**
================================

Dear Sirs:

The enclosed documents were filed by facsimile on May 19, 2021. In accordance with La. R. S. 13:850, enclosed please find an original and two copies of a Petition for Personal Injuries and Damages, which we request that you file into the records of the court. Please return one copy of same after it has been "clocked in".

Additionally, please prepare the Long Arm Statute Citation form for service on defendant, Fitbit, Inc., and return to us at your earliest opportunity.

Also enclosed is our check for $300.00 to the Clerk of Court for filing and service costs and transmission fee.

Should you have any questions, please feel free to contact me.

Very truly yours,

s/*Tomy J. Acosta*

Tomy J. Acosta
Dean T. DeFrancesch
Attorneys at Law

TJA/kk
Enclosures

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**FILED MAY 25 2021**
DEPUTY CLERK

**Suit Caption:**

RENATA SCORSONE     vs. FITBIT, INC., ET AL

**Court:** 25th Judicial District Court     **Docket Number:** 00066760 - A

**Parish of Filing:** Plaquemines     **Filing Date:** May 19, 2021

**Name of Lead Petitioner's Attorney:** Tomy J. Acosta/Dean T. DeFrancesch

**Name of Self-Represented Litigant:** N/A

**Number of named petitioners:** ___     **Number of named defendants:** ___

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [ ] Auto: Personal Injury
- [ ] Auto: Property Damage
- [ ] Auto: Wrongful Death
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Property Damage
- [ ] Asbestos: Personal Injury/Death
- [x] Product Liability
- [ ] Premise Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Property Damage
- [ ] Intentional Wrongful Death
- [ ] Unfair Business Practice
- [ ] Business Tort
- [ ] Fraud
- [ ] Defamation
- [ ] Professional Negligence
- [ ] Environmental Tort
- [ ] Medical Malpractice
- [ ] Intellectual Property
- [ ] Toxic Tort
- [ ] Legal Malpractice
- [ ] Other Tort (describe below)
- [ ] Other Professional Malpractice
- [ ] Redhibition
- [ ] Maritime
- [ ] Class action (nature of case)
- [ ] Wrongful Death
- [ ] General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
General and special damages

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Tomy J. Acosta/Dean T. DeFrancesch   Signature _____

Address 2810 W. Airline Highway, Laplace, Louisiana 70068

Phone number: 985-536-9700     E-mail address: lawoffice70068@gmail.com

**25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES**

**STATE OF LOUISIANA**

NO. 00066760                                                      DIVISION "A"

**RENATA SCORSONE**

**VERSUS**

**FITBIT, INC. and their unknown insurance company ABC INSURANCE COMPANY**

FILED: _____

FILED MAY 25 2021

DEPUTY CLERK

**DEPUTY CLERK**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PETITION FOR PERSONAL INJURIES AND DAMAGES**

To the Honorable Twenty-Fifth Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, comes petitioner, Renata Scorsone, who for the purpose of petitioning this Honorable Court for personal injuries and damages, through her undersigned counsel, who with all due respect for the court represents the following:

I.

Petitioner to this cause of action is Renata Scorsone, a person of the full age of majority and a resident of the Parish of Plaquemines, State of Louisiana.

II.

The defendants to this cause of action are:

FITBIT, INC., a corporation authorized to do and doing business in the State of Louisiana on or about June 26, 2020; and

ABC INSURANCE COMPANY, an unknown insurance company authorized to do and doing business in the State of Louisiana on or about June 26, 2020;

and for the following reasons are indebted individually, severally, jointly and in solido unto petitioner, Renata Scorsone.

III.

On or about June 26, 2020, petitioner, Renata Scorsone, was wearing her Fitbit Versa, which item was manufactured by defendant, Fitbit, Inc., on her left wrist while at her residence located in the Parish of Plaquemines, State of Louisiana. Suddenly and without warning, said Fitbit Versa began making a buzzing noise, and petitioner felt a poking sensation on her skin underneath the device, and then she began smelling her own burning skin/hair. Petitioner worked to quickly remove the device from her wrist, but

not before the malfunctioned Fitbit had severely burned petitioner's arm/wrist. As a result, petitioner sustained serious personal injuries and damages.

IV.

It is believed that ABC Insurance Company issued a policy of liability insurance covering Fitbit, Inc., therefore said insurance company is a proper party defendant to this cause of action.

V.

The defendant Fitbit, Inc. is liable to petitioner for damages proximately caused by a characteristic or characteristics of the Fitbit that rendered the Fitbit unreasonably dangerous when the Fitbit was worn on petitioner's wrist as the Fitbit was designed to do. The Fitbit was unreasonably defective in one or more of the following particulars:

 a. The Fitbit was unreasonably dangerous in its design;

 b. The Fitbit was unreasonably dangerous because it had no warning that it could burn, catch on fire or explode while being worn on the user's wrist;

 c. The Fitbit was unreasonably dangerous in its construction or composition;

 d. Such other acts and omissions as will be shown at the trial of this matter, all of which were in contravention of the exercise of due care, prudence and the laws of the Parish of Plaquemines, State of Louisiana.

VI.

As a result of this accident, petitioner has sustained second degree burns to her wrist/arm including extensive wound care/medical treatment, nerve damage/numbness and permanent scarring/disfigurement. Also, general damages, the full extent of which are unknown at this time.

VII.

Petitioner has suffered and/or will suffer:

 a) Past, present and future medical and medication expenses;

 b) Past, present and future lost wages and opportunity costs; and

 c) Past, present and future pain and suffering, and emotional distress.

VIII.

Petitioner named herein is entitled to recover from the defendants named herein jointly, severally and in solido, any and all damages commensurating with the claims asserted herein.

IX.

Petitioners aver amicable demand but to no avail.

X.

Petitioner respectfully requests a written notice to (his/her) counsel ten days in advance of the date fixed for trial or hearing on any exception, motion, rule, or trial on the merits in this proceeding pursuant to Louisiana Code of Civil Procedure Article 1572 and petitioner further requests pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914 immediate notice to (his/her) counsel of all interlocutory and final orders and judgments on any exceptions, motions, rules or trial on the merits in these proceedings.

WHEREFORE, petitioner, Renata Scorsone, prays that defendants be cited and that the citation and a certified copy of this petition be served on defendants, and that, after due proceedings had herein, that there be judgment in her favor and against the defendant, Fitbit, Inc. and their unknown insurance company ABC Insurance Company, individually, severally, jointly and in solido together with legal interest from the date of judicial demand until paid in full, for all costs of these proceedings and for any and all other general and equitable relief as deemed necessary and proper by this Honorable Court.

Respectfully submitted,

BY: _____
TOMY J. ACOSTA (#29737)
DEAN T. DEFRANCESCH (#36779)
Physical address:
2810 W. Airline Highway
Laplace, Louisiana 70068
Mailing address:
Post Office Box 1566
Laplace, Louisiana 70069
Telephone: (985) 536-9700
Facsimile: (985) 536-9703

Attorneys for petitioner

**PLEASE SERVE:**

FITBIT, INC.
under the Louisiana Long Arm Statute,
through their agent for service of process,
C T Corporation System (C0168406)
818 West Seventh Street, Suite 930
Los Angeles, California 90017

# CITATION
### (To be Served Pursuant to the Louisiana Long-Arm Statute)

RENATA SCORSONE

Versus

FITBIT INC ET AL



Case: **00066760**
Division: A
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

TO: FITBIT INC ET AL
UNDER THE LOUISIANA LONG ARM STATUTE
THROUGH THEIR AGENT FOR SERVICE OF PROCESS
C T CORPORATION SYSTEM (C0168406)
818 WEST SEVENTH STREET STE 930
LOS ANGELES CA 90017

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filling a pleading or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within thirty (30) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Tuesday, May 25, 2021.

_____
Deputy Clerk of Court for
Kim Turlich-Vaughan, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

Req. By:
TOMY J ACOSTA
ATTY FOR PLTF
985-536-9700

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service      $_____
                                    By: _____
Mileage     $_____                   Deputy Sheriff

Total         $_____

FOOTERAREA

# DEFRANCESCH
# ACOSTA
# ATTORNEYS AT LAW

2810 W. Airline Highway
LaPlace, LA 70068
E-mail: lawoffice70068@gmail.com

P.O. Box 1566
LaPlace, LA 70069
(985) 536-9700 (985) 536-9703 Fax

June 7, 2021

Clerk of Court
25th Judicial District Court
Parish of Plaquemines
Post Office Box 40
Belle Chasse, LA 70037

**FILED**
JUN 10 2021
Becky N. Kahoeaki
DEPUTY CLERK

    RE:    *Renata Scorsone v. Fitbit, Inc., et al*
              *25th JDC # 00066760, Division "A"*
=================================

Dear Sirs:

In connection with the above captioned matter, enclosed please an Affidavit of Service and the return card/form indicating service has been made on defendant, Fitbit, Inc., in accordance with the Louisiana Long Arm Statute.

I have attached an extra copy of the Affidavit which I would appreciate your clocking in and returning to me in the enclosed envelope.

Thank you for your cooperation and should you have any questions, please feel free to contact our office.

Very truly yours,

s/ *Tomy J. Acosta*

Tomy J. Acosta
Dean T. DeFrancesch
Attorneys at Law

TJA/kk
Enclosures

25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 00066760  DIVISION "A"

RENATA SCORSONE

VERSUS

FITBIT, INC., ET AL

FILED:_____   _____
DEPUTY CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA

PARISH OF ST. JOHN THE BAPTIST

BEFORE ME, PERSONALLY CAME AND APPEARED,

KELLY KNOUSE

FILED
JUN 10 2021
Becky N. Kahiapoki
DEPUTY CLERK

who after being duly sworn did depose and say that:

I.

The Petition for Personal Injuries and Damages was filed in the 25th Judicial District Court for the Parish of Plaquemines on May 19, 2021, requesting service through the Louisiana Long Arm Statute on Fitbit, Inc. through their registered agent, C T Corporation System (C0168406), 818 West Seventh Street, Suite 930, Los Angeles, California 90017.

II.

Citation was issued by the Clerk of Court on May 25, 2021 requesting service on Fitbit, Inc.

III.

Citation and petition were mailed on May 27, 2021 to C T Corporation System (C0168406), 818 West Seventh Street, Suite 930, Los Angeles, California 90017 by certified mail, return receipt requested, Article No.: 7011 2970 0002 0992 8371.

IV.

Service was received indicating service on Fitbit, Inc. through their registered agent, C T Corporation System (C0168406) on June 3, 2021.

_____
KELLY KNOUSE

Sworn to and subscribed before me
this 7th day of June, 2021.

_____
NOTARY PUBLIC
TOMY J. ACOSTA
ATTORNEY AT LAW & NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL NO. 29737
LIFETIME COMMISSION

**FOR SERVICE**

*CITATION*
(TO BE SERVED PURSUANT TO THE LOUISIANA LONG-ARM STATUTE)

| | | |
|---|---|---|
| **RENATA SCORSONE** |  | Case: 00066760 |
| *Versus* | | Division: A |
| | | 25th Judicial District Court |
| **FITBIT INC ET AL** | | Parish of Plaquemines |
| | | State of Louisiana |

TO: FITBIT INC ET AL
UNDER THE LOUISIANA LONG ARM STATUTE
THROUGH THEIR AGENT FOR SERVICE OF PROCESS
C T CORPORATION SYSTEM (C0168406)
818 WEST SEVENTH STREET STE 930
LOS ANGELES CA  90017

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within thirty (30) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Tuesday, May 25, 2021.

*Lane Hochstir*
Deputy Clerk of Court for
Kim Turlich-Vaughan, Clerk of Court
P.O. Box 40
Belle Chasse, LA  70037

Req. By:
TOMY J ACOSTA
ATTY FOR PLTF
985-536-9700

---

**Service Information**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____

Service      $ _____

Mileage    $ _____

Total        $ _____

[Return receipt card image with delivery confirmation details, barcode 9590 9402 3631 7305 9412 08, addressed to C T Corporation System (C0168406), 818 West Seventh Street, Suite 930, Los Angeles CA 90017-3476]

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70112970000209928371

Remove ✕

Your item has been delivered to an agent for final delivery in LOS ANGELES, CA 90017 on June 3, 2021 at 10:16 am.

## ✓ Delivered to Agent for Final Delivery

June 3, 2021 at 10:16 am
LOS ANGELES, CA 90017

Feedback

**Get Updates** ⌄

---

Text & Email Updates                                              ⌄

---

Tracking History                                                  ⌄

---

Product Information                                               ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.